UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60613-CIV-COHN/Seltzer

URSULA CORGOSINNO, on her own
behalf and others similarly situated,

        Plaintiff,

v.

CITIMORTGAGE, INC.,
a New York corporation,

        Defendant.

### DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Pursuant to the Court's Notice of Court Practice in FLSA Cases (Dkt # 5), Defendant CitiMortgage, Inc. ("Defendant"), hereby files its Response to Plaintiff Ursula Corgosinno's ("Plaintiff") Statement of Claim (Dkt # 9), stating as follows:

Defendant denies that it failed to properly compensate Plaintiff for all of the hours she worked in excess of 40 per week. To the contrary, Defendant contends that during the period for which Plaintiff seeks overtime pay, she was exempt from the overtime provisions of the Fair Labor Standards Act under one or more exemptions, or combination of exemptions, including, but not limited to the administrative, professional, executive, retail and service establishment (29 U.S.C. § 207(i)), outside sales, and/or highly compensated exemptions. As such, Plaintiff is not entitled to recover any alleged damages, or her attorneys' fees and costs. Moreover, Defendant's decision to treat Plaintiff as exempt was made in good faith. Finally, Defendant disputes Plaintiff's statements regarding the number of overtime hours worked and amount of available damages.

| | |
|---|---|
| Submitted this 4th day of May, 2011. | Respectfully submitted by,<br><br>s/ Mark E. Zelek<br>Mark E. Zelek, Esq.<br>  Florida Bar No.: 667773<br>  Email: mzelek@morganlewis.com<br>Derek J. Dilberian, Esq.<br>  Florida Bar No.: 36985<br>  Email: ddilberian@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>Counsel for Defendant<br>5300 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL  33131-2339<br>Telephone:    305.415.3000<br>Facsimile:      877.432.9652 |

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I HEREBY CERTIFY that on May 4, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will, in turn, send a notice of electronic filing to Keith M. Stern, SHAVITZ LAW GROUP, P.A., 1515 S. Federal Highway, Suite 404, Boca Raton, FL 33432.

s/ Mark E. Zelek<br>
Mark E. Zelek